**Nigel MACCADO, Plaintiff—Appellant,**

v.

**Captain KANE; Steve Williams, Warden of Dorchester County Jail, Defendants—Appellees.**

No. 04–7693.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 9, 2005.

Decided: Feb. 16, 2005.

Nigel MacCado, Appellant pro se.

Kevin Bock Karpinski, Matthew Douglas Peter, Allen, Karpinski, Bryant & Karp, Baltimore, Maryland, for Appellees.

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nigel MacCado appeals the district court's order granting summary judgment for the Defendants on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See MacCado v. Kane,* No. CA–04–479–AW (D.Md. Oct. 7, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*